NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAIMA GADEAUN,                              )
                                           )
            Appellant,                      )
                                           )
v.                                          )         Case No. 2D19-4410
                                           )
STATE OF FLORIDA,                           )
                                           )
            Appellee.                       )
                                           )
_____    )


Opinion filed September 23, 2020.

Appeal from the Circuit Court for Pinellas
County; Susan St. John, Judge.

Jaima Gadeaun, Pro se.

Ashley Moody, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, LUCAS, and SMITH, JJ., Concur.